# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILKERSON, : | |
| : | |
| Plaintiff | CIVIL ACTION NO. 3:13-1499 |
| : | |
| v. | |
| : | (MANNION, D.J.) |
| UNITED STATES OF AMERICA, | (CARLSON, M.J.) |
| : | |
| Defendant | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Carlson's report and recommendation, (Doc. 27), is **ADOPTED IN FULL**. Defendant's motion, (Doc. 22), is **DENIED**. The case is referred to Judge Carlson for further proceedings in accord with his recommendations.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 24, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1499-01-order.wpd