# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WILKERSON,** | : |
| | : |
| **Plaintiff** | **CIVIL ACTION NO. 3:13-1499** |
| | : |
| **v.** | |
| | : **(MANNION, D.J.)** |
| **UNITED STATES OF AMERICA,** | **(CARLSON, M.J.)** |
| | : |
| **Defendant** | |
| | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Carlson's report and recommendation, (Doc. 48), is **ADOPTED**. **IT IS ALSO ORDERED THAT** the United States' motion to stay this case, (Doc. 51), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 16, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1499-02-order.wpd